UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Aaron Rubenstein,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>LIVE NATION ENTERTAINMENT, INC.,<br><br>　　　　　Nominal Defendant,<br><br>　　　　　and<br><br>LIBERTY MEDIA CORP.,<br><br>　　　　　Defendant. | 16 Civ. 07283 (RWS)<br><br>Honorable Robert W. Sweet<br><br>**NOTICE OF MOTION**<br><br>Oral Argument Date:<br>February 23, 2017 at 12:00 p.m. |

**DATE FOR ORAL ARGUMENT:** Thursday, February 23, 2017 at 12:00 p.m.

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Nominal Defendant Live Nation Entertainment, Inc.'s ("Live Nation") Motion to Dismiss the Complaint, and all other papers and proceedings herein, the undersigned will move this Court on behalf of Live Nation in Courtroom 18C of the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on such date as the Court may set, for an order dismissing Plaintiff's Complaint as to Live Nation should the Court grant Defendant Liberty Media Corp.'s Motion to Dismiss, filed by Defendant Liberty Media Corp. in the above-captioned matter on December 2, 2016.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order entered in this action on November 10, 2016, Plaintiff's opposition papers shall be submitted on or before January 23, 2017, and Defendants' reply papers shall be submitted on or before February 6, 2017.

Dated: December 2, 2016
      Menlo Park, California

                                        LATHAM & WATKINS LLP

/s/ Robert A. Koenig
Robert A. Koenig (*pro hac vice*)
Hilary H. Mattis (*pro hac vice*)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
robert.koenig@lw.com
hilary.mattis@lw.com

Jason C. Hegt
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
jason.hegt@lw.com

*Attorneys for Nominal Defendant Live Nation Entertainment, Inc.*